**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROWN, JR,        ) | Case No. EDCV 10-00984 |
|                 ) | VAP(DTBx) |
|       Plaintiff,  ) | |
|                 ) | **JUDGMENT** |
|    v.            ) | |
|                 ) | |
| SUE SUMMERSET, KELLOGG,  ) | |
| AUSTIN QUALITY        ) | |
| COPRORATION OF AMERICA, ) | |
| KING NUT, ABC VENTURES, ) | |
| WINDSOR FOODS, LA FOODS, ) | |
| AND DOES 1 THROUGH 10,   ) | |
|                 ) | |
|       Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.

Dated: _August 13, 2010_

_____
VIRGINIA A. PHILLIPS
United States District Judge